IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KIMBERLY WALLER,<br>    PLAINTIFF,<br><br>v.<br><br>THE SALVATION ARMY,<br>    DEFENDANT. | §<br>§<br>§<br>§   CASE NO. 3:20-CV-1336-M-BK<br>§<br>§<br>§<br>§ |

## ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge Renée Harris Toliver made Findings, Conclusions, and a Recommendation on Defendant's *Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and Brief in Support*. Objections were filed, and the Court has made a de novo review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Defendant's *Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and Brief in Support* is **DENIED**.

**SO ORDERED** this 23rd day of March, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE